Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR05-281JLR |
| v. | ) | |
| MANUEL RUIZ-MALDONADO, MIGUEL CISNEROS, MARIA CHAVEZ, FIDEL DAZA-MIRANDA, JORGE GUTIERREZ-RODRIGUEZ, OSIEL GUZMAN-SILVERIO, JUAN PABLO JASSO-ARANDA, ROBERT SHANE LUCAS, EFREN REYNAGA, and ELENO RIOS-ORTIZ, | ) | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DATE |
| Defendants. | ) | |

THIS MATTER comes before the Court on a motion by defendant Ruiz-Maldonado to continue the trial date and the pretrial motions cut-off date, joined in by the United States and by all defendants except Efren Reynaga and Eleno Rios-Ortiz. Having considered the entirety of the record and files herein, the Court finds that failure to grant a continuance would likely result in a miscarriage of justice. The case is unusual and complex. A Superseding Indictment was returned on September 8, 2005. There are ten defendants scheduled for trial, the majority of whom are in custody and Spanish-speaking. Ten other defendants are charged in related federal and state cases. The evidence includes a large number of intercepted telephone conversations in Spanish, and

Order of Continuance – 1
Rios-Ortiz, et al/CR05-281JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  over 300 pages of reports from federal agents and state officers. Several pretrial motions
2  have been filed and are pending.
3      It is unreasonable to expect adequate preparation for trial before the current trial
4  date of September 17, 2005. The Court further finds that the interests of the public and
5  the defendants in a speedy trial in this case are outweighed by the ends of justice.
6      IT IS NOW, THEREFORE, ORDERED that trial in this matter be continued to
7  November 29, 2005, and that the time between the date of this Order and the new trial
8  date be excludable time under the Speedy Trial Act pursuant to Title 18, United States
9  Code, Sections 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii).
10     IT IS FURTHER ORDERED that pre-trial motions shall be filed on or before
11 October 28, 2005, and the government's responses filed no later than November 4, 2005.
12     Dated this 3rd day of October, 2005.

_____
JAMES L. ROBART
United States District Judge

Presented by:

s/Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA  98101-3903
(206) 553-4882, Fax:  (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar #4625

s/ Susan M. Roe
SUSAN M. ROE
Assistant United States Attorney
(206) 553-1077, Fax: (206) 553-4440
E-mail: susan.roe@usdoj.gov
Washington State Bar #1300

Order of Continuance – 2
Rios-Ortiz, et al/CR05-281JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970