UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MANUEL RUIZ-MALDONADO, et al., <br><br> Defendants. | CASE NO. CR05-281JLR <br><br> ORDER |

At issue before the court is Defendant Ruiz-Maldonado's Motion for Inspection of Personnel Files of All Law Enforcement Officers (Dkt. # 205).

The motion is GRANTED to the extent agreed to at page 2, lines 2-10, of the Government's response. If Defendant seeks further relief he should notify the court by supplemental briefing.

Defendant has not responded to the Government's claim that it is "not obligated nor authorized to review files of state and local [law enforcement] officers." Government's Memorandum, page 2, lines 11-12. To the extent Defendant disagrees, he shall provide authority for his contention beyond the holding in United States v. Hentharn, 931 F.2d 29 (9th Cir. 1969), which is not dispositive on this issue.

ORDER – 1

1  Dated this 12th day of October, 2005.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER – 2